## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THE VANCOUVER CLINIC,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA<br><br>        Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C12-5016RBL |

☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

United States' Motion for Summary Judgment is **GRANTED** and Plaintiff's Motion for Summary Judgment is DENIED.  Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

Dated:  April 11, 2013

                                                    William M. McCool              
                                                    Clerk

                                                    /s/ Jean Boring                
                                                    Deputy Clerk